# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-317-871

**Effective Date of Registration:**
November 15, 2017

---

## Title
                                                                                             

**Title of Work:** HARRY POTTER AND THE CHAMBER OF SECRETS (s17) - (STYLE GUIDE)

## Completion/Publication
                                                                                             

**Year of Completion:** 2017

## Author
                                                                                             

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
                                                                                             

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States

## Rights and Permissions
                                                                                             

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522 United States

## Certification
                                                                                             

**Name:** Lupe Lopez
**Date:** November 15, 2017

---

**Copyright Office notes:** Basis for Registration: Collective work



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-276-814

**Effective Date of Registration:**
October 12, 2016

## Title

**Title of Work:** HARRY POTTER AND THE DEALTHLY HALLOWS STYLEGUIDE PART
1, PHASE 1-4 (S'10)

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** photograph, 2-D artwork, Text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Blvd., Burbank, CA, 91522, United States

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Blvd.
Burbank, CA 91522 United States

## Certification

**Name:** Craig Hamilton
**Date:** October 12, 2016

**Copyright Office notes:** Basis for Registration: Collective work

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

# VAu 1-317-698

**Effective Date of Registration:**
November 15, 2017

## Title

**Title of Work:** HARRY POTTER AND THE DEATHLY HALLOWS - Part 2 (s17) - (STYLE GUIDE)

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522 United States

## Certification

**Name:** Lupe Lopez
**Date:** November 15, 2017

**Copyright Office notes:** Basis for Registration: Collective work



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayan Tayla Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-298-367

**Effective Date of Registration:**
November 16, 2017

---

## Title

**Title of Work:** HARRY POTTER AND THE GOBLET OF FIRE (s17) style guide

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522 United States

## Certification

**Name:** Paula Reno
**Date:** November 16, 2017

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Kayn Teyle Claygett

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-298-436

**Effective Date of Registration:**
November 16, 2017

---

## Title
 

    **Title of Work:**   HARRY POTTER AND THE HALF-BLOOD PRINCE (s17) style guide

## Completion/Publication
 

    **Year of Completion:**   2017

## Author
 

-     **Author:**   Warner Bros. Entertainment Inc.
  **Author Created:**   photograph, 2-D artwork
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

## Copyright Claimant
 

    **Copyright Claimant:**   Warner Bros. Entertainment Inc.
    4000 Warner Boulevard, Burbank, CA, 91522, United States

## Rights and Permissions
 

    **Organization Name:**   Warner Bros. Entertainment Inc.
    **Address:**   4000 Warner Boulevard
    Burbank, CA 91522 United States

## Certification
 

    **Name:**   Paula Reno
    **Date:**   November 16, 2017

---

    **Copyright Office notes:**   Basis for Registration: Collective work

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-298-442**

**Effective Date of Registration:**
November 16, 2017

---

## Title

**Title of Work:** HARRY POTTER AND THE ORDER OF PHOENIX (s17) style guide

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522 United States

## Certification

**Name:** Paula Reno
**Date:** November 16, 2017

---

**Copyright Office notes:** Basis for Registration: Collective work

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Tayle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-283-955**

**Effective Date of Registration:**
October 12, 2016

## Title

**Title of Work:** HARRY POTTER AND THE ORDER OF THE PHOENIX STYLE GUIDE
PHASE TWO JANUARY 2007 (S'06)

## Completion/Publication

**Year of Completion:** 2006

## Author

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Blvd., Burbank, CA, 91522, United States

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Blvd.
Burbank, CA 91522 United States

## Certification

**Name:** Craig Hamilton
**Date:** October 12, 2016

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Tegle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-298-630**

**Effective Date of Registration:**
November 16, 2017

---

## Title

**Title of Work:** HARRY POTTER AND THE PRISONER OF AZKABAN (s17) style guide

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522 United States

## Certification

**Name:** Paula Reno
**Date:** November 16, 2017

---

**Copyright Office notes:** Basis for Registration: Collective work

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-343-101

**Effective Date of Registration:**
July 12, 2018

---

## Title
_____

**Title of Work:**  HARRY POTTER
FOUNDATION GUIDE SUPPLEMENT (Styleguide)

## Completion/Publication
_____

**Year of Completion:**  2018

## Author
_____

- **Author:**  Warner Bros. Entertainment Inc.
  **Author Created:**  2-D artwork, Text.
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant
_____

**Copyright Claimant:**  Warner Bros. Entertainment Inc.
4000 Warner Blvd., Burbank, CA, 91522, United States

## Rights and Permissions
_____

**Organization Name:**  Warner Bros. Entertainment Inc.
**Address:**  Legal Dept.
Burbank, CA 91522 United States

## Certification
_____

**Name:**  Craig Hamilton
**Date:**  July 12, 2018

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tuesla*

Acting United States Register of Copyrights and Director

**Registration Number**
## VAu 1-343-099
**Effective Date of Registration:**
July 12, 2018

---

## Title
_____

**Title of Work:** HARRY POTTER
FOUNDATION GUIDE SUPPLEMENT
CHARACTERS YEAR 2 (Styleguide)

## Completion/Publication
_____

**Year of Completion:** 2018

## Author
_____

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** 2-D artwork, Text.
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Blvd., Burbank, CA, 91522, United States

## Rights and Permissions
_____

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** Legal Dept.
4000 Warner Blvd.
Burbank, CA 91522 United States

## Certification
_____

**Name:** Craig Hamilton
**Date:** July 12, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**
## VAu 1-343-100
**Effective Date of Registration:**
July 12, 2018

---

## Title
_____

**Title of Work:** HARRY POTTER FOUNDATION GUIDE
SUPPLEMENT CHARACTERS YEAR 5

## Completion/Publication
_____

**Year of Completion:** 2018

## Author
_____

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** 2-D artwork, Text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Blvd., Burbank, CA, 91522, United States

## Rights and Permissions
_____

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Blvd.
Burbank, CA 91522 United States

## Certification
_____

**Name:** Craig Hamilton
**Date:** July 12, 2018

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-439-440**

**Effective Date of Registration:**
July 19, 2021
**Registration Decision Date:**
August 11, 2021

## Title

**Title of Work:** WIZARDING WORLD -- HARRY POTTER -- SHARE YOUR MAGIC
CORE RETAIL GUIDE (Style Guide)

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Warner Bros. Entertainment Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Blvd., Burbank, CA, 91522, United States

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** c/o Legal Dept.
4000 Warner Blvd.
Burbank, CA 91522 United States

## Certification

**Name:** Craig Hamilton
**Date:** July 19, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-008-278**

**Effective Date of Registration:**
November 17, 2016

## Title _____

**Title of Work:** FANTASTIC BEASTS AND WHERE TO FIND THEM

## Completion/Publication _____

**Year of Completion:** 2016
**Date of 1st Publication:** November 16, 2016
**Nation of 1st Publication:** Belgium
**Preregistration:** PRE000008889

## Author _____

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Blvd., Burbank, CA, 91522, United States
**Transfer statement:** By Assignment

## Limitation of copyright claim _____

**Material excluded from this claim:** script/screenplay, preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions _____

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Blvd.
Burbank, CA 91522 United States

## Certification _____

**Name:** Craig Hamilton
**Date:** November 16, 2016



# CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-063-646**



#PA0001063646#

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS
OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

11 — Month   28 — Day   01 — Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
HARRY POTTER AND THE SORCERER'S STONE

PREVIOUS OR ALTERNATIVE TITLES ▼
HARRY POTTER AND THE PHILOSOPHER'S STONE

NATURE OF THIS WORK ▼ See instructions
Motion picture

**2** a NAME OF AUTHOR ▼
Warner Bros.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2001 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 16   Year ▶ 2001
USA and Canada ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2. ▼
Warner Bros., a division of Time Warner Entertainment Company, L.P.
4000 Warner Boulevard
Burbank, California 91522

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
NOV 28 2001
ONE DEPOSIT RECEIVED
NOV 28 2001 (9) 35mm-L
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY *G. Simon*

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**      **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Novel by J.K. Rowling entitled "HARRY POTTER AND THE SORCERER'S STONE" (aka "HARRY POTTER AND THE PHILOSOPHER'S STONE").  Screenplay.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Motion picture, including audio, visual and other cinematographic material.

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                              **Account Number ▼**

Warner Bros., a division of Time Warner Entertainment Company, L.P.                                DAO13544

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Same as space 9.

Fax number:  (818) 954-3855
Area Code & Telephone Number ▶  (818) 954-2505

Be sure to give your daytime phone number.

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Warner Bros., a division of Time Warner Entertainment Company, L.P.
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼**   If this application gives a date of publication in space 3, do not sign and submit it before that date.
Irene Slade                                              date ▶   11/19/2001

⟋ **Handwritten signature (X) ▼**  *Irene Slade*

**MAIL CERTIFI-CATE TO**

Name ▼   Irene Slade
         Warner Bros.
Number/Street/Apartment Number ▼
4000 Warner Blvd., Bldg. 156S, Ste. 5330
City/State/ZIP ▼
Burbank, CA 91522-1565

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C.  20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**9**

*17 U.S.C. § 506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-589-476**

**Effective date of registration:**

November 2, 2007

## Title

**Title of Work:** HARRY POTTER AND THE SORCERER'S STONE

**Previous or Alternative Title:** HARRY POTTER AND THE PHILOSOPHER'S STONE aka HARRY POTTER 1

**Nature of Work:** MOTION PICTURE AND OTHER AUDIOVISUAL MATERIAL

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** May 28, 2002     **Nation of 1st Publication:** United States

## Author

**Author:** Warner Home Video Inc. (predecessor-in-interest to Warner Home Video. a division of Warner Bros. Home Entertainment Inc.)

**Author Created:** ENTIRE WORK

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.

4000 Warner Boulevard, Burbank, CA 91522

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Motion picture entitled "HARRY POTTER AND THE SORCERER'S STONE".

**Previously registered:** No

**New material included in claim:** Additional footage and other audiovisual material.

## Certification

**Name:** CINDY O'NEIL

**Date:** November 1, 2007

**Correspondence:** Yes

**IPN#:**

\* \*

**Registration #:**

\* P A 0 0 0 1 5 8 9 4 7 6 \*

**Service Request #:**  1-18516274

Warner Bros. Entertainment Inc
Cindy O'Neil
4000 Warner Boulevard
Bldg. 156 North, Room 4620
Burbank, CA 91522-1565

# CERTIFICATE OF REGISTRATION




**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1−072−578**





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION

| 5 | 10 | 02 |
|---|---|---|
| Month | Day | Year |

**UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
HARRY POTTER AND THE PHILOSOPHER'S STONE/SORCERER'S STONE PRESS JUNKET

**PREVIOUS OR ALTERNATIVE TITLES ▼**
HARRY POTTER AND THE PHILOSOPHER'S STONE/SORCERER'S STONE CAST INTERVIEW FOOTAGE FROM PRESS JUNKET AT KNEBWORTH HOUSE, ENGLAND.

**NATURE OF THIS WORK ▼** See instructions

Motion picture

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
Warner Bros. Distributors Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ England

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001 ◀ Year
This information must be given in all cases

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ November  Day ▶ 08  Year ▶ 2001
USA ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Time Warner Entertainment Company, L.P.
75 Rockefeller Plaza
New York, New York 10019

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment.

APPLICATION RECEIVED
MAY 10 2002
ONE DEPOSIT RECEIVED
MAY 10 2002 *Betacam SP/L*
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

EXAMINED BY _____  FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                                                **Account Number ▼**

Warner Bros., a division of Time Warner Entertainment
Company, L.P.                                                              DAO13544

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Same as space 9

Be sure to
give your
daytime phone
number.

Fax Number:        (818) 954-3855
Area Code & Telephone Number ▶  (818) 954-2505

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Time Warner Entertainment Company, L.P.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sheldon W. Presser - Assistant Secretary                    date ▶  05/09/2002

Handwritten signature (X) ▼

*[signature]*

**9**

**MAIL
CERTIFI-
CATE TO**

Name ▼  Irene Slade
        Warner Bros.

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apartment Number ▼
4000 Warner Blvd., Bldg. 156 South, Suite 5330

City/State/ZIP ▼
Burbank, California  91522-1565

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C.  20559

The Copyright Office has the
authority to adjust fees at
5-year intervals, based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.
                                                                This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-135-920

**Effective Date of Registration:**
November 16, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | FANTASTIC BEASTS: THE CRIMES OF GRINDELWALD |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | November 14, 2018 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000010468 |

## Author

| | |
|---|---|
| • **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Blvd., Burbank, CA 91522 United States |
| **Transfer statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music, Based on characters created by J.K. Rowling. |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Warner Bros. Entertainment Inc. |
| **Address:** | Legal Dept. |
| | 4000 Warner Blvd. |
| | Burbank, CA 91522 United States |

## Certification

**Name:** Craig Hamilton
**Date:** November 14, 2018

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*




**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-105-748**

PA          PAU

EFFECTIVE DATE OF REGISTRATION

Dec 6 2002
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**
HARRY POTTER AND THE CHAMBER OF SECRETS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼**    See instructions
Motion Picture

---

**NAME OF AUTHOR ▼**
MIRACLE Productions GmbH & Co. KG

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Germany

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Entire work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2002 ◀ Year
This information must be given in all cases

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 15    Year ▶ 2002
USA and Canada ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
MIRACLE Productions GmbH & Co. KG
Bavariafilmplatz 7, D-82031 Geiselgasteig
Munich, Germany

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
DEC 06 2002
ONE DEPOSIT RECEIVED
DEC 11 2002
TWO DEPOSITS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY
REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

| EXAMINED BY GJ | FORM PA |
|---|---|
| CHECKED BY | |

| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**      **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Novel by J.K. Rowling entitled "HARRY POTTER AND THE CHAMBER OF SECRETS". Screenplay.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Motion picture, including audio, visual and other cinematographic material.

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **Name ▼**      **Account Number ▼**

Warner Bros., a division of Time Warner Entertainment Company, L.P.      DAO13544

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Same as space 9.

Be sure to give your daytime phone number

Fax number: **(818) 954-3855**
Area Code & Telephone Number ▶ **(818) 954-2505**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of   Warner Bros., a division of Time Warner Entertainment Company, L.P.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
Irene Slade      date ▶ 12/05/2002

Handwritten signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ Irene Slade Warner Bros. |
|---|---|
| | Number/Street/Apartment Number ▼ 4000 Warner Blvd., Bldg. 156S, Ste. 5330 |
| Certificate will be mailed in window envelope | City/State/ZIP ▼ Burbank, CA 91522-1565 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-589-481**

**Effective date of
registration:**

November 2, 2007

## Title

**Title of Work:** Harry Potter and the Chamber of Secrets

**Previous or Alternative Title:** Harry Potter 2

**Nature of Work:** Motion picture and other audiovisual material

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** April 11, 2003     **Nation of 1st Publication:** United States

## Author

**Author:** Warner Home Video Inc. (predecessor-in-interest to Warner Home Video, a
division of Warner Bros. Home Entertainment Inc.)

**Author Created:** Entire work

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.

4000 Warner Boulevard, Burbank, CA 91522

**Transfer Statement:** By assignment

## Limitation of copyright claim

**Material excluded from this claim:** Motion picture entitled "Harry Potter and the Chamber of Secrets".

**Previously registered:** No

**New material included in claim:** Additional footage and other audiovisual material

## Certification

**Name:** Cindy O'Neil

**Date:** November 1, 2007

**Correspondence:** Yes

Page 1 of 1

**IPN#:**

**Registration #:**

*PA0001589481*

**Service Request #:** 1-18516157

Warner Bros. Entertainment Inc.
Cindy O'Neil
4000 Warner Boulevard, Bldg. 156 North, Room 4620
Burbank, CA 91522-1565

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**PA 2-348-313**

**Effective Date of Registration:**
April 15, 2022
**Registration Decision Date:**
May 09, 2022

## Title

| | |
|---|---|
| **Title of Work:** | FANTASTIC BEASTS: THE SECRETS OF DUMBLEDORE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 06, 2022 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000012354 |

## Author

| | |
|---|---|
| • **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc.<br>4000 Warner Boulevard, Burbank, CA, 91522, United States |
| **Transfer statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, certain preexisting licensed materials, based on characters created by J.K. Rowling. |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Warner Bros. Entertainment Inc. |
| **Address:** | Legal Department<br>4000 Warner Boulevard |

Burbank, CA 91522 United States

## Certification

|  |  |
|---|---|
| **Name:** | Lupe Lopez |
| **Date:** | April 15, 2022 |

**Correspondence:** Yes

818 5943503 P.02

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-222-542**

EFFECTIVE DATE OF REGISTRATION

7 / 1 / 04
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK▼
HARRY POTTER AND THE PRISONER OF AZKABAN

PREVIOUS OR ALTERNATIVE TITLES▼

NATURE OF THIS WORK▼  See Instructions
MOTION PICTURE

---

**2**

**a**
NAME OF AUTHOR▼
P of A Productions Limited

DATES OF BIRTH AND DEATH
Year Born▼  Year Died▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶  England

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born▼  Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed▼

**c**
NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born▼  Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed▼

---

**3**

**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year
This information must be given in all cases

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May  Day ▶ 31  Year ▶ 2004
United Kingdom  ◀ Nation

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼  P of A Productions Limited
The Quadrangle
The Promenade, Cheltenham
Gloucestershire, GL50 2PX, England

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JUL. 0 1, 2004
ONE DEPOSIT RECEIVED
JUL. 0 1, 2004 (8)35mm-L
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

JUN-22-2004 03:22    J. WILLIAMS                    818 9543503    P.03

818 9543503

EXAMINED BY    NLG

CHECKED BY

FORM PA

| | CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| | Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**   **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼

Novel entitled "HARRY POTTER AND THE PRISONER OF AZKABAN" by J.K. Rowling.  Screenplay entitled "HARRY POTTER AND THE PRISONER OF AZKABAN" by Steve Kloves.  Certain sound recordings.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Motion picture, including audio, visual and other cinematographic material.

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of
**Name ▼**                                              **Account Number ▼**

Warner Bros. Entertainment Inc.                          DAO13544

**CORRESPONDENCE** Give name and address to which correspondence about this application should be    **Name/Address/Apt/City/State/ZIP ▼**

Same as space 9.

Be sure to give your daytime phone number.

Fax Number:    (818) 954-3855
Area Code & Telephone Number ▶   (818) 954-2505

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   P of A Productions Limited
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements
made by me in this application are correct to the best of my

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that

PATRICIA TERESA JACKSON     date ▶   2/6/04

Handwritten signature (X) ▼

PTJackson

**MAIL CERTIFICATE TO**

**Name ▼**   Cindy O'Neil
            Warner Bros. Entertainment Inc.

**Number/Street/Apartment Number ▼**
4000 Warner Blvd., Bldg. 156 South, Suite 5330

**City/State/ZIP ▼**
Burbank, California  91522-1585

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**Register of Copyrights
Library of Congress
Washington, D.C. 20559**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1995. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

TOTAL P.03

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-589-478**

**Effective date of registration:**

November 2, 2007

## Title

**Title of Work:** HARRY POTTER AND THE PRISONER OF AZKABAN

**Previous or Alternative Title:** HARRY POTTER 3

**Nature of Work:** MOTION PICTURE AND OTHER AUDIOVISUAL MATERIAL

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** November 23, 2004     **Nation of 1st Publication:** United States

## Author

■ **Author:** Warner Home Video Inc. (predecessor-in-interest to Warner Home Video. a division of Warner Bros. Home Entertainment Inc.)

**Author Created:** ENTIRE WORK

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.

4000 Warner Boulevard, Burbank, California 91522

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Motion picture entitled "HARRY POTTER AND THE PRISONER OF AZKABAN".

**Previously registered:** No

**New material included in claim:** Additional footage and other audiovisual material.

## Certification

**Name:** CINDY O'NEIL

**Date:** November 1, 2007

**Correspondence:   Yes**

IPN#:

**Registration #:**

\* P A 0 0 0 1 5 8 9 4 7 8 \*

Service Request #: 1-18516220

Warner Bros. Entertainment Inc.
Cindy O'Neil
4000 Warner Boulevard
Bldg. 156 North, Room 4620
Burbank, California 91522-1565

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
**REGISTRATION NUMBER**



**PA 1-279-121**



**EFFECTIVE DATE OF REGISTRATION**

Month **2** Day **15** Year **2006**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK▼**
HARRY POTTER AND THE GOBLET OF FIRE

**PREVIOUS OR ALTERNATIVE TITLES▼**

**NATURE OF THIS WORK▼** See Instructions
MOTION PICTURE

## 2

**a** **NAME OF AUTHOR▼**
Patalex IV Productions Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ England

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed▼

**c** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ November Day ▶ 16 Year ▶ 2005
Philippines ◀ Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2▼
Patalex IV Productions Limited
The Quadrangle, The Promenade
Cheltenham, Gloucestershire GL50 1PX, England

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright▼

**APPLICATION RECEIVED**
FEB 15 2006   2/24/2006
**ONE DEPOSIT RECEIVED**
FEB 15 2006  (9) 35mm / C
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ pages

TOTAL P 003

| EXAMINED BY _SBN_ | FORM PA |
| CHECKED BY _PDW_ | |
| ☒ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  Previous Registration Number ▼           Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**6**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼

Novel entitled "HARRY POTTER AND THE GOBLET OF FIRE" by J K Rowling   Screenplay entitled "HARRY POTTER AND THE GOBLET OF FIRE" by Steve Kloves   Certain sound recordings.

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Motion picture, including audio, visual and other cinematographic material

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of
Name ▼                                          Account Number ▼

**7**

Warner Bros  Entertainment Inc                                  DAO13544

**CORRESPONDENCE** Give name and address to which correspondence about this application should be   Name/Address/Apt/City/State/ZIP ▼

Same as space 9

Be sure to give your daytime phone number

Fax Number   (818) 954-3855

Area Code & Telephone Number ▶   (818) 954-2505

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

**8**

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Patalex IV Productions Limited
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that
                PATRICIA JACKSON                                    date ▶ 02/21/2006

Handwritten signature (X) ▼   _PJackson_

**MAIL CERTIFI-CATE TO**

Name ▼  Cindy O'Neil
        Warner Bros  Entertainment Inc.

Number/Street/Apartment Number ▼

4000 Warner Blvd , Bldg  156 South, Suite 5330

City/State/ZIP ▼

Burbank, California  91522-1565

**Certificate will be mailed in window envelope**

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D C  20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application, shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms Inc

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-589-480**

**Effective date of registration:**

November 2, 2007

## Title

| | |
|---|---|
| **Title of Work:** | HARRY POTTER AND THE GOBLET OF FIRE |
| **Previous or Alternative Title:** | HARRY POTTER 4 |
| **Nature of Work:** | MOTION PICTURE AND OTHER AUDIOVISUAL MATERIAL |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | March 7, 2006 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ▪ **Author:** | Warner Home Video Inc. (predecessor-in-interest to Warner Home Video, a division of Warner Bros. Home Entertainment Inc.) |
| **Author Created:** | ENTIRE WORK |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Boulevard, Burbank, California 91522 |
| **Transfer Statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Motion picture entitled "HARRY POTTER AND THE GOBLET OF FIRE". |
| **Previously registered:** | No |
| **New material included in claim:** | Additional footage and other audiovisual material. |

## Certification

| | |
|---|---|
| **Name:** | CINDY O'NEIL |
| **Date:** | November 1, 2007 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1

IPN#:

★ ★

Registration #:

★ P A 0 0 0 1 5 8 9 4 8 0 ★

Service Request #:  1-18516252

Warner Bros. Entertainment Inc.
Cindy O'Neil
4000 Warner Blvd.
Bldg. 156 North, Room 4620
Burbank, California 91522-1565

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-355-547

**Effective date of registration:**

September 21, 2007

## Title

**Title of Work:** HARRY POTTER AND THE ORDER OF THE PHOENIX

**Previous or Alternative Title:** HARRY POTTER 5

**Nature of Work:** MOTION PICTURE

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 11, 2007        **Nation of 1st Publication:** United States

**Preregistration:** PRE000000605

## Author

■ **Author:** Warner Bros. Pictures a division of WB Studio Enterprises Inc.

**Author Created:** ENTIRE WORK

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.

4000 Warner Boulevard, Burbank, California 91522

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Based on the novel entitled "HARRY POTTER AND THE ORDER OF THE PHOENIX" by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE ORDER OF THE PHOENIX" by Michael Goldenberg. Certain film clips and sound recordings.

**Previously registered:** No

**New material included in claim:** Motion picture including audio, visual and other cinematographic material.

## Certification

**Name:** CINDY O'NEIL

**Date:** September 19, 2007

---

**Copyright Office notes:** Regarding publication: Application also gives Canada as nation of first publication.

IPN#:

Registration #:

*PA0001355547*

Service Request #: 1-11750961

Warner Bros. Entertainment Inc.
Cindy O'Neil
4000 Warner Boulevard
Bldg. 156 North, Room 4620
Burbank, California 91522

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-647-906

**Effective date of registration:**

October 23, 2009

## Title

**Title of Work:** Harry Potter and the Half-Blood Prince

**Previous or Alternative Title:** Harry Potter 6

The Half-Blood Prince

Candlelight

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 15, 2009          **Nation of 1st Publication:** United States

**Preregistration:** PRE000002477

## Author

**Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.

**Author Created:** Entire Work

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.

4000 Warner Boulevard, Burbank, CA 91522 United States

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Book entitled "HARRY POTTER AND THE HALF-BLOOD PRINCE" by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE HALF-BLOOD PRINCE" by Steve Kloves. Certain sound recordings, artwork and musical compositions.

**New material included in claim:** Motion picture, including audio, visual and other cinematographic material.

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.

**Address:** 4000 Warner Boulevard

Bldg. 156 North, Room 4620

Burbank, CA 91522-1564  United States

## Certification

**Name:** Cindy O'Neil

**Date:** October 22, 2009

**Registration #:**   PA0001647906

**Service Request #:**   1-262565371

**Application Date:**   10-28-2009 07:39:29

## Correspondent

**Organization Name:**   Warner Bros. Entertainment Inc.

**Name:**   Cindy  O'Neil

**Address:**   4000 Warner Boulevard
Bldg. 156 North, Room 4620
Burbank, CA 91522-1564 United States

## Mail Certificate

Warner Bros. Entertainment Inc.
Cindy O'Neil
4000 Warner Boulevard
Bldg. 156 North, Room 4620
Burbank, CA 91522-1564  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-721-904**

**Effective date of registration:**

March 4, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Harry Potter and the Deathly Hallows Part 1 |
| **Previous or Alternative Title:** | Harry Potter 7A |
| | Extra Time |
| | Road Movie |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | November 17, 2010 | **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000004015 | | |

## Author

| | |
|---|---|
| ■ **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Boulevard, Burbank, CA, 91522, United States |
| **Transfer Statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based on the novel entitled "HARRY POTTER AND THE DEATHLY HALLOWS" written by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE DEATHLY HALLOWS - PART 1" by Steve Kloves. Certain pre-existing music, sound recordings and publications. |
| **New material included in claim:** | Motion picture, including audio, visual and other cinematographic material. |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Warner Bros. Entertainment Inc. |
| **Address:** | 4000 Warner Boulevard |
| | Bldg. 156 North, Room 4620 |
| | Burbank, CA 91522-1564  United States |

## Certification

| | |
|---|---|
| **Name:** | Cindy O'Neil |
| **Date:** | March 3, 2011 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-742-099

**Effective date of registration:**

July 22, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Harry Potter and the Deathly Hallows Part 2 |
| **Previous or Alternative Title:** | Harry Potter and the Deathly Hallows Part II |
| | Harry Potter 7B 3D |
| | Harry Potter 7 Part 2 3D |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | July 13, 2011 | **Nation of 1st Publication:** | Austria |
| **Preregistration:** | PRE000004656 | | |

## Author

| | |
|---|---|
| ■ **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Boulevard, Burbank, CA, 91522, United States |
| **Transfer Statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based on the novel entitled "HARRY POTTER AND THE DEATHLY HALLOWS" by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE DEATHLY HALLOWS - PART 2" by Steve Kloves. Certain pre-existing music and sound recordings. |
| **New material included in claim:** | Motion picture, including audio, visual and other cinematographic material. |

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.

**Address:** 4000 Warner Boulevard

Bldg. 156 North, Room 4620

Burbank, CA 91522-1564 United States

## Certification

**Name:** Cindy O'Neil

**Date:** July 21, 2011

1. **HARRY POTTER AND THE SORCERER'S STONE (2001)**
   Copyright Claimant: Warner Bros. Entertainment Inc.

2. **HARRY POTTER AND THE CHAMBER OF SECRETS (2002)**
   Copyright Claimant: Miracle Productions GmbH & Co. KG
   See © Assignment from Miracle to Rettop, and Assignment from Rettop to WBEI.

3. **HARRY POTTER AND THE PRISONER OF AZKABAN (2004)**
   Copyright Claimant: P of A Productions Limited ("P of A")
   See Deed of Assignment from P of A to WBEI.

4. **HARRY POTTER AND THE GOBLET OF FIRE (2005)**
   Copyright Claimant: Patalex IV Productions Limited ("Patalex")
   See Deed of Assignment from Patalex to WBEI.

5. **HARRY POTTER AND THE ORDER OF THE PHOENIX (2007)**
   Copyright Claimant: Warner Bros. Entertainment Inc.

6. **HARRY POTTER AND THE HALF BLOOD PRINCE (2009)**
   Copyright Claimant: Warner Bros. Entertainment Inc.

7a,7b. **HARRY POTTER AND THE DEATHLY HALLOWS (2010; 2011)**
   Copyright Claimant: Part I and II:
   Warner Bros. Entertainment Inc.


**FANTASTIC BEASTS AND WHERE TO FIND THEM f/k/a BOSWELL (2016)**
Copyright Claimant: Warner Bros. Entertainment Inc.

**FANTASTIC BEASTS: THE CRIMES OF GRINDELWALD (2018)**
Copyright Claimant: Warner Bros. Entertainment Inc.

**FANTASTIC BEASTS: THE SECRETS OF DUMBLEDORE (2022)**
Copyright Claimant: Warner Bros. Entertainment Inc.