IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> KAIYIZHIZAO, et al., <br><br> Defendants. | Case No. 25-cv-02056 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Laura K. McNally** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Warner Bros. Entertainment Inc. hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| Aliuajli | 2 |
| EnrichFun | 17 |
| FRANKIE ZHOU STORE | 20 |
| PingDingbo | 49 |
| GARDENPAL | 113 |
| PrintVibe | 127 |
| Super Go | 135 |
| TOMU JC | 140 |
| ABC didi | 158 |

Dated this 23rd day of May 2025.

Respectfully submitted,

<u>/s/ Martin F. Trainor</u>
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros. Entertainment Inc.*