IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAIYIZHIZAO, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-02056<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Laura K. McNally** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Warner Bros. Entertainment Inc. hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| US-CQ | 63 |
| Zayvor | 77 |
| WOOONG | 150 |
| Big Tipper | 163 |

Dated this 6th day of June 2025.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros. Entertainment Inc.*

1