**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> KAIYIZHIZAO, et al., <br><br> Defendants. | No. 25-cv-02056 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Laura K. McNally |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff Warner Bros. Entertainment Inc. ("WBEI" or "Plaintiff") against the defendants identified on Schedule A, and operating under the seller aliases identified on Schedule A (collectively, the "Seller Aliases"), and WBEI having moved for entry of Default and Default Judgment against the Seller Aliases identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction against Defaulting Defendants which included an asset restraining order; WBEI having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or otherwise plead, and the time for answering the Complaint having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted.

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, WBEI has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products bearing unauthorized copies of WBEI's federally registered copyrighted works, including the distinctive characters embodied therein ("HP Copyrighted Works"), and/or using infringing and counterfeit versions of WBEI's federally registered trademarks (the "HP Trademarks") (herein "Unauthorized Products") to Illinois residents.

In this case, WBEI has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the HP Trademarks and/or which bear unauthorized copies of the HP Copyrighted Works. *See* Docket No. 14, Exhibit 3 to the Declaration of Paul Varley, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the HP Trademarks and/or which bear unauthorized copies of the HP Copyrighted Works.

A list of the HP Copyrighted Works is included in the below chart.

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| VAu001317871 | HARRY POTTER AND THE CHAMBER OF SECRETS (s17) - (STYLE GUIDE) | November 15, 2017 |
| VAu001276814 | HARRY POTTER AND THE DEATHLY HALLOWS STYLEGUIDE PART 1, PHASE 1-4 (S'10) | October 12, 2016 |
| VAu001317698 | HARRY POTTER AND THE DEATHLY HALLOWS - Part 2 (s17) - (STYLE GUIDE) | November 15, 2017 |
| VAu001298367 | HARRY POTTER AND THE GOBLET OF FIRE (s17) style guide | November 16, 2017 |
| VAu001298436 | HARRY POTTER AND THE HALF-BLOOD PRINCE (s17) style guide | November 16, 2017 |
| VAu001298442 | HARRY POTTER AND THE ORDER OF THE PHOENIX (s17) style guide | November 16, 2017 |
| VAu001283955 | HARRY POTTER AND THE ORDER OF THE PHOENIX STYLE GUIDE PHASE TWO JANUARY 2007 (S'06) | October 12, 2016 |
| VAu001298630 | HARRY POTTER AND THE PRISONER OF AZKABAN (s17) style guide | November 16, 2017 |
| VAu001343101 | HARRY POTTER FOUNDATION GUIDE SUPPLEMENT (Styleguide) | July 12, 2018 |
| Vau001343099 | HARRY POTTER FOUNDATION GUIDE SUPPLEMENT CHARACTERS YEAR 2 (Styleguide) | July 12, 2018 |
| VAu001343100 | HARRY POTTER FOUNDATION GUIDE SUPPLEMENT CHARACTERS YEAR 5 | July 12, 2018 |
| VAu001439440 | WIZARDING WORLD -- HARRY POTTER -- SHARE YOUR MAGIC CORE RETAIL GUIDE (Style Guide) | July 19, 2021 |
| PA0002008278 | FANTASTIC BEASTS AND WHERE TO FIND THEM | November 17, 2016 |
| PA0001063646 | HARRY POTTER AND THE SORCERER'S STONE | November 28, 2001 |
| PA0001589476 | HARRY POTTER AND THE SORCERER'S STONE | November 2, 2007 |
| PA0001072578 | HARRY POTTER AND THE PHILOSOPHER'S STONE/SORCERER'S STONE PRESS JUNKET | May 10, 2002 |
| PA0002135920 | FANTASTIC BEASTS: CRIMES OF GRINDEWALD | November 16, 2018 |
| PA0001105748 | HARRY POTTER AND THE CHAMBER OF SECRETS | December 6, 2002 |
| PA0001589481 | Harry Potter and the Chamber of Secrets | November 2, 2007 |
| PA0002348313 | FANTASTIC BEASTS: THE SECRETS OF DUMBLEDORE | April 15, 2022 |

| | | |
|---|---|---|
| PA0001222542 | HARRY POTTER AND THE PRISONER OF AZKABAN | July 1, 2004 |
| PA0001589478 | HARRY POTTER AND THE PRISONER OF AZKABAN | November 2, 2007 |
| PA0001279121 | HARRY POTTER AND THE GOBLET OF FIRE | February 15, 2006 |
| PA0001589480 | HARRY POTTER AND THE GOBLET OF FIRE | November 2, 2007 |
| PA0001355547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | September 21, 2007 |
| PA0001647906 | Harry Potter and the Half-Blood Prince | October 23, 2009 |
| PA0001721904 | Harry Potter and the Deathly Hallows Part 1 | March 4, 2011 |
| PA0001742099 | Harry Potter and the Deathly Hallows Part 2 | July 22, 2011 |

A list of the HP Trademarks is included in the below chart.

| Registration Number | Trademark |
|---|---|
| 2,450,787<br>2,450,788<br>2,479,341<br>2,493,484<br>2,497,083<br>2,506,165<br>2,506,166<br>2,525,908<br>2,568,097<br>2,568,098<br>3,926,486<br>5,834,087<br>6,563,454<br>7,133,214 | HARRY POTTER |
| 2,457,302<br>2,526,111<br>2,530,755<br>2,574,410<br>2,683,060<br>2,685,932 |  |

| | |
|---|---|
| 5,962,675<br>5,962,676<br>6,707,698<br>6,707,699<br>6,719,187<br>6,907,319<br>7,122,049<br>7,279,539 | MISCHIEF<br>MANAGED |
| 6,936,678<br>6,936,703<br>6,936,706<br>6,936,715<br>6,936,716<br>6,943,316 | EXPECTO<br>PATRONUM |
| 6,621,695<br>6,621,696<br>6,621,698 | NIMBUS 2000 |
| 5,945,688<br>5,945,689<br>5,945,690<br>5,945,691<br>6,701,853<br>6,701,854<br>6,809,199 | BOWTRUCKLE |
| 5,994,184<br>5,994,185<br>6,011,345<br>6,011,346<br>6,011,347<br>6,011,348<br>6,050,795 | PORPENTINA<br>GOLDSTEIN |
| 5,935,739<br>5,935,740<br>5,935,742<br>6,011,349<br>6,011,350<br>6,011,351<br>6,011,352<br>6,011,353 | QUEENIE<br>GOLDSTEIN |
| 5,964,717<br>6,119,654<br>6,119,655<br>6,240,287<br>6,240,288<br>6,974,711<br>7,037,272 | I SOLEMNLY<br>SWEAR THAT I<br>AM UP TO NO<br>GOOD |

| Patent Numbers | Mark |
|---|---|
| 6,011,334<br>6,011,335<br>6,011,336<br>6,011,337<br>6,011,338 | NO-MAJ |
| 5,994,186<br>5,994,187<br>5,994,188<br>5,994,189<br>5,994,190<br>6,011,354 | JACOB KOWALSKI |
| 5,970,982<br>5,970,983<br>5,970,984<br>5,970,985<br>5,970,986<br>5,970,987<br>5,970,988 | PERCIVAL GRAVES |
| 4,560,670<br>4,941,597<br>6,072,780 | GRINGOTTS |
| 5,625,574<br>6,017,086 | GOLDEN SNITCH |
| 5,851,547<br>5,851,548<br>5,851,549<br>5,851,550<br>5,851,551<br>5,851,552 | ACCIO |
| 5,867,701<br>5,867,702<br>5,867,704 | THE BLIND PIG |
| 5,845,456<br>5,845,457<br>5,845,460<br>5,850,786<br>5,850,787<br>5,850,790<br>5,850,792<br>5,850,796<br>5,882,924 | MACUSA |

| | |
|---|---|
| 2,491,427<br>2,495,015<br>2,497,076<br>2,550,774<br>3,986,326<br>3,986,328<br>4,053,475<br>5,396,287<br>5,497,874<br>5,799,829 | HOGWARTS |
| 5,710,360<br>5,734,453<br>5,921,351<br>5,956,041 | FANTASTIC BEASTS |
| 5,100,666<br>5,114,810<br>5,137,845<br>5,218,768<br>5,245,110<br>5,306,455<br>5,340,954<br>5,793,687<br>5,793,690<br>5,793,692<br>5,849,244 | FANTASTIC BEASTS AND WHERE TO FIND THEM |
| 5,769,819<br>5,769,820<br>5,769,821<br>5,769,822<br>5,769,823<br>5,769,824<br>5,775,620<br>5,775,621<br>5,918,254<br>5,951,365<br>6,228,613<br>6,228,614<br>6,694,545 | FANTASTIC BEASTS: CRIMES OF GRINDELWALD |

| | |
|---|---|
| 5,124,606<br>5,142,072<br>5,241,734<br>5,241,735<br>5,793,707<br>5,793,708<br>5,793,709<br>5,793,711<br>5,894,692 | NEWT<br>SCAMANDER |
| 5,680,668<br>5,680,669<br>5,910,044<br>5,910,045<br>5,910,046<br>5,910,047<br>5,945,686<br>6,195,792<br>6,701,852 | NIFFLER |
| 6,159,282<br>6,365,013 | MAGICAL<br>MISCHIEF |
| 5,800,492<br>5,800,493<br>5,800,494<br>5,935,579 | DEMIGUISE |
| 5,799,864<br>5,799,869<br>5,930,436 | FWOOPER |
| 5,109,849<br>5,109,878 | TIME-TURNER |
| 4,876,091<br>5,142,071<br>5,561,924 | CHUDLEY<br>CANNONS |
| 5,956,169<br>6,245,804<br>6,329,124 | PORTKEY<br>GAMES |
| 3,652,894<br>4,870,849 | LUNA<br>LOVEGOOD |
| 3,958,443<br>5,636,121 | ZONKO'S |
| 3,975,162<br>4,194,934<br>5,487,385 | OWL POST |
| 4,863,368<br>4,868,504<br>5,223,440 | TALES OF<br>BEEDLE THE<br>BARD |

| | |
|---|---|
| 3,931,730 | FLIGHT OF THE HIPPOGRIFF |
| 4,663,862 | LEAKY |
| 5,271,512 | CAULDRON |
| 4,237,725 | |
| 4,581,231 | |
| 4,632,764 | MUGGLE |
| 5,131,616 | |
| 5,561,303 | |
| 2,632,412 | MUGGLES |
| 3,059,408 | DEMENTOR |
| 4,973,854 | |
| 3,868,831 | |
| 5,012,596 | |
| 5,306,653 | |
| 5,306,713 | |
| 5,389,930 | |
| 5,389,999 | BUTTERBEER |
| 5,414,521 | |
| 5,414,522 | |
| 5,419,836 | |
| 5,460,527 | |
| 5,511,035 | |
| 5,573,030 | |
| 2,719,635 | |
| 3,994,446 | |
| 4,023,251 | RAVENCLAW |
| 4,226,195 | |
| 4,227,388 | |
| 4,396,409 | |
| 2,508,004 | |
| 2,525,903 | |
| 3,994,447 | |
| 4,002,983 | SLYTHERIN |
| 4,023,252 | |
| 4,026,600 | |
| 4,132,174 | |
| 2,480,839 | |
| 2,516,387 | |
| 2,607,934 | |
| 3,998,723 | GRYFFINDOR |
| 3,998,724 | |
| 4,019,867 | |
| 4,023,249 | |

| | |
|---|---|
| 2,505,434<br>3,994,445<br>4,002,982<br>4,023,250<br>4,061,026<br>4,074,874 | HUFFLEPUFF |
| 3,901,355<br>4,664,387<br>7,185,871 | OLLIVANDERS |
| 2,483,583<br>2,502,927<br>4,012,945<br>4,573,507 | HEDWIG |
| 6,770,302<br>6,770,307 | HEDWIG'S THEME[1] |
| 7,356,891<br>7,375,778 | AVADA KEDAVRA |
| 7,356,889<br>7,503,442 | WINGARDIUM LEVIOSA |
| 7,062,280 |  |
| 6,761,342 | PIN SEEKING |
| 4,969,076<br>5,091,446 | PLATFORM 9 3/4 |
| 7,190,551<br>7,190,552<br>7,190,553<br>7,340,488<br>7,340,489<br>7,409,185<br>7,409,186<br>7,409,187<br>7,409,188 |  |
| 7,164,728 | GLADRAGS WIZARDWEAR |

---

[1] These are sound marks consisting of the first fifteen bars of "Hedwig's Theme," a musical motif used in all eight *Harry Potter* films.

| | |
|---|---|
| 2,919,933<br>3,056,159 | BUCKBEAK |
| 2,456,415<br>2,483,585<br>3,986,052<br>3,986,060<br>4,019,970<br>4,109,233 | QUIDDITCH |
| 2,595,096<br>2,759,251<br>3,177,731 | THE SORTING HAT |
| 2,528,301<br>2,621,823 | HAGRID |
| 2,458,608<br>4,009,793<br>4,183,615 | HERMIONE GRANGER |
| 2,456,416<br>2,570,390<br>3,948,415 | RON WEASLEY |
| 2,702,878<br>3,966,674 | ALBUS DUMBLEDORE |
| 3,901,354<br>3,975,167<br>4,338,994 | HONEYDUKES |
| 3,929,808<br>4,488,713 | HOG'S HEAD |
| 3,887,250 | THREE BROOMSTICKS |
| 5,387,002 | HOGSMEADE |
| 6,701,053 | MIRROR OF ERISED |
| 6,629,012 | HAGRID'S MAGICAL CREATURES MOTORBIKE ADVENTURE |
| 7,026,102 | WIZARDING WEDNESDAYS |
| 6,732,155 | DARK ARTS |
| 6,463,985 | NICOLAS FLAMEL |
| 6,441,675 | WIZARDING PASSPORT |
| 6,323,348 | KEYS AND CURIOS |

| | |
|---|---|
| 7,096,177 | DAILY PROPHET |
| 7,080,625 | PHOENIX WAND |
| 5,798,353 | HARRY POTTER: HOGWARTS MYSTERY |
| 5,751,749 | HARRY POTTER AND THE CURSED CHILD |
| 4,983,875 | DOBBY |
| 2,701,382 | SNAPE |
| 2,489,063 | BERTIE BOTT'S EVERY FLAVOR BEANS |
| 2,801,298 | FAWKES |
| 4,049,613 | DIAGON ALLEY |
| 4,060,320 | PROFESSOR DUMBLEDORE |
| 3,929,202 | HARRY POTTER AND THE FORBIDDEN JOURNEY |
| 3,890,843 | DERVISH AND BANGES |
| 6,348,112 | KNIGHT BUS |
| 4,425,852 | REMEMBRALL |
| 4,198,833 | GINNY WEASLEY |
| 3,508,583 | DUMBLEDORE'S ARMY |
| 2,669,605 | LORD VOLDEMORT |
| 2,643,496 | SCABBERS |
| 3,917,661 | MAGIC NEEP |
| 2,579,560 | DRACO MALFOY |
| 3,005,958 3,378,405 | HARRY POTTER AND THE SORCERER'S STONE |
| 3,378,401 | HARRY POTTER AND THE CHAMBER OF SECRETS |

| | |
|---|---|
| 2,973,235<br>4,061,080<br>4,498,415 | HARRY POTTER AND THE PRISONER OF AZKABAN |
| 3,104,726<br>4,467,108<br>4,649,583 | HARRY POTTER AND THE GOBLET OF FIRE |
| 3,340,899<br>3,419,797<br>3,419,796<br>3,525,664 | HARRY POTTER AND THE ORDER OF THE PHOENIX |
| 3,709,670<br>3,719,406<br>3,787,931<br>3,818,958<br>3,908,384 | HARRY POTTER AND THE HALF-BLOOD PRINCE |
| 4,050,182<br>4,053,693<br>4,060,897 | HARRY POTTER AND THE DEATHLY HALLOWS |
| 6,124,680<br>6,124,681<br>6,124,683<br>6,124,684<br>6,124,687<br>6,124,688<br>6,124,689<br>6,124,690<br>6,124,691 | MARAUDER'S MAP |
| 5,530,768<br>5,530,769<br>5,530,770<br>5,530,771<br>5,530,772<br>5,541,501 | J.K. ROWLING'S WIZARDING WORLD |

| | |
|---|---|
| 3,864,766<br>3,864,767<br>3,864,768<br>3,864,769<br>3,883,225<br>3,894,184<br>3,894,185<br>3,894,186<br>3,911,377<br>3,920,029<br>3,925,834 | THE WIZARDING WORLD OF HARRY POTTER |
| 6,672,355<br>6,672,356<br>6,834,121<br>6,834,122<br>6,834,123<br>6,901,373 | WIZARDING WORLD |
| 6,096,860<br>6,283,506<br>6,283,507<br>6,283,508<br>6,283,509<br>6,283,510<br>6,283,511<br>6,283,512<br>6,289,772<br>6,289,773<br>6,301,691<br>6,731,980<br>6,754,551<br>6,996,866 |  |
| 4,973,375<br>5,129,404 |  |

| | |
|---|---|
| 4,928,689<br>4,952,370<br>5,166,914 |  |
| 5,140,245 | |
| 5,660,150<br>5,660,152<br>5,660,154<br>5,660,156<br>5,660,158<br>5,660,159 | |

| | |
|---|---|
| 5,665,723<br>5,666,311<br>5,779,064<br>5,797,424 |  |
| 5,628,824<br>5,656,809<br>5,656,810<br>5,656,811 | |
| 5,779,069<br>5,797,356<br>5,797,427<br>5,871,006 | |

| | |
|---|---|
| 5,571,738<br>5,571,739<br>5,581,853<br>5,581,854 | |
| 5,797,321<br>5,797,357<br>5,797,425<br>5,797,457 | |
| 5,581,845<br>5,581,846<br>5,581,847<br>5,581,848 | |



| | |
|---|---|
| 5,757,632 5,757,641 5,757,764 5,811,075 |  |
| 5,656,812 5,656,813 5,656,814 5,656,815 | |
| 5,698,239 5,698,240 5,698,242 5,698,243 | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and/or copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them be permanently enjoined and restrained from:

   a. using the HP Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine WBEI product or not authorized by WBEI to be sold in connection with the HP Trademarks;

   b. reproducing, distributing copies of, making derivative works of, or publicly displaying the HP Copyrighted Works in any manner without the express authorization of WBEI;

   c. passing off, inducing, or enabling others to sell or pass off any product as a genuine WBEI product or any other product produced by WBEI, that is not WBEI's or not produced under the authorization, control, or supervision of WBEI and approved by WBEI for sale under the HP Trademarks and/or the HP Copyrighted Works;

   d. committing any acts calculated to cause consumers to believe that Defaulting Defendant's products are those sold under the authorization, control, or supervision of WBEI, or are sponsored by, approved by, or otherwise connected with WBEI;

e. further infringing the HP Trademarks and/or the HP Copyrighted Works and damaging WBEI's goodwill; and

f. manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for WBEI, nor authorized by WBEI to be sold or offered for sale, and which bear any of the HP Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the HP Copyrighted Works.

2. Upon WBEI's request, any third party with actual notice of this Order who is providing services for any Defaulting Defendants, or in connection with any of the Seller Aliases, including, without limitation, any online marketplace platforms such as Amazon.com, Inc. ("Amazon"), WhaleCo, Inc. ("Temu"), and Walmart, Inc. ("Walmart") (collectively, the "Third-Party Providers") shall, within seven (7) calendar days of receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the HP Trademarks and/or which bear unauthorized copies of the HP Copyrighted Works.

3. Pursuant to 15 U.S.C. § 1117(c)(2), WBEI is awarded statutory damages from certain Defaulting Defendants, as outlined in Schedule A hereto, in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit HP Trademarks in connection with the sale of products through at least the Defaulting Defendants' Seller Aliases. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

4.    Pursuant to 17 U.S.C. § 504(c)(2), WBEI is awarded statutory damages from certain Defaulting Defendants, as outlined in Schedule A hereto, in the amount of one-hundred-thousand dollars ($100,000) for willful copyright infringement of the HP Copyrighted Works. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5.    Plaintiff may serve this Order on Third-Party Providers, including Amazon, Amazon Pay, Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), Stripe, Inc. ("Stripe"), Temu, and Walmart, by e-mail delivery.

6.    Any Third-Party Providers holding funds for Defaulting Defendants, including Amazon, Amazon Pay, Payoneer, PayPal, Stripe, Temu, and Walmart shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases from transferring or disposing of any funds, up to the identified statutory damages award in Paragraphs 3 and 4 above, or other of Defaulting Defendants' assets.

7.    All monies, up to the identified statutory damages award in Paragraphs 3 and 4 above, in Defaulting Defendants' financial accounts, including monies held by Third-Party Providers such as including Amazon, PayPal, Payoneer, PingPong, Stripe, and Walmart, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third-Party Providers, including Amazon, Amazon Pay, Payoneer, PayPal, Stripe, Temu, and Walmart, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8.    Until WBEI has recovered full payment of monies owed to it by any Defaulting Defendant, WBEI shall have the ongoing authority to serve this Order on Third-Party Providers,

including Amazon, Amazon Pay, Payoneer, PayPal, Stripe, Temu, and Walmart in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third-Party Providers, including Amazon, Amazon Pay, Payoneer, PayPal, Stripe, Temu, and Walmart shall, within seven (7) calendar days:

a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the identified statutory damages award in Paragraphs 3 and 4 above, restrained in Defaulting Defendants' financial accounts to WBEI as partial payment of the above identified damages within seven (7) calendar days of receipt of this Order.

9.  In the event that WBEI identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, WBEI may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten-thousand-dollar ($10,000) surety bond posted by WBEI is hereby released to WBEI or its counsel, TME Law, P.C. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

Dated: October 27, 2025

_____
Andrea R. Wood
United States District Judge

**Warner Bros. Entertainment Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 25-cv-02056**

**Schedule A**

| No. | Seller Alias | Infringement Type | URL | Statutory Damages Amount |
|-----|-------------|-------------------|-----|--------------------------|
| 1 | kaiyizhizao | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A3UR7JXEO04YJW | $500,000 |
| 2 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 3 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 5 | ANJIULI | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2D1IFWPVYIYAH | $500,000 |
| 6 | AO YANG | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A12XJ78WCDQDIG | $600,000 |
| 7 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 8 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 10 | Cherryzz | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1XOXYFM2Y1TD0 | $100,000 |
| 11 | Cindy Friesen | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A3LG9MXS9W8HH2 | $500,000 |
| 12 | Cokohappy | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=APTP92W2KGLZ2 | $100,000 |

| | | | https://www.amazon.com/sp?ie=UTF8&seller=A2TGEXI29A04 | |
|---|---|---|---|---|
| 13 | Creator expert | Trademark only | FG | $500,000 |
| 14 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 15 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 16 | DuKai | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2VJGCDA6SLLI3 | $500,000 |
| 17 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 18 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 19 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 20 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 21 | Genda 2Archer | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1LF8CQ4HHLL4B | $500,000 |
| 22 | GGDAN | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2FD89BQYDQN4U | $500,000 |
| 23 | guangzhoubiwenmaoyishanghanggerenduzi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A13AIIJDABNNAW | $500,000 |
| 24 | guangzhoukuiwanhuishangmaoshanghanggerenduzi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1AI7DEIIEFAJL | $500,000 |
| 25 | guangzhouliqihuishangmaoshanghanggerenduzi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A190CCOJSA8JPU | $500,000 |
| 26 | Guangzhouraohuilinshangmaoyouxiangongsi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=AJ3ODF2Z78SQH | $500,000 |
| 27 | guizhoujielianlishangmaoyouxianzerengongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A32Q3ESXGY5V9M | |

| | | | | |
|---|---|---|---|---|
| | | | | $600,000 |
| 28 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 29 | hefeidianyanshang maoyouxiangongsi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2WT7RX44IZ7E2 | $500,000 |
| 30 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 31 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 32 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 34 | huizhoushifangxiangyueqiyouxiangongsi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A26QHWYXFDGVG5 | $500,000 |
| 35 | Huozhou Zhijie Trading Co., Ltd | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A3SQXZ5A25ERY5 | $600,000 |
| 36 | hyfxd56er5hgfHGU6 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A39J98KN8L32O1 | $600,000 |
| 37 | JiNanJuanQiFuShaNgMaoYouXianGoNgSi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AOCQD2C2B1BRQ | $600,000 |
| 38 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 39 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 40 | Kosin victory shop | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1ONEXW3NOE0GX | $100,000 |
| 41 | li Weifeng | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2BLCJ2XGM58GH | $500,000 |

| 42 | LifenXu | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=ADL5654RKB5N0 | $500,000 |
|---|---|---|---|---|
| 43 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 44 | MEIZIAHL | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A28LFK1O3N6IRC | $600,000 |
| 45 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 46 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 47 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 48 | pengshuwangshangmao | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AS3T4IEDIWAYV | $100,000 |
| 49 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 50 | qianglisdasfafa | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=AWB8MP61R7VLC | $500,000 |
| 51 | Qinminwushangmaoyouxiangongsi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=AZ1CY3MJ9N4JC | $500,000 |
| 52 | Qucesd | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1XFY6HWCPDH16 | $600,000 |
| 53 | qujingxiangwendianzishangwuyouxiangongsi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2FQ5HKMGNMW94 | $500,000 |
| 54 | Rebound person | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1AWQVMNAJ9IGO | $500,000 |

| 55 | RENPANGLTM | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A6Z6JMPRGCIG3 | $500,000 |
|---|---|---|---|---|
| 56 | RongShengXYJ | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A339J2XPE9CI1Y | $600,000 |
| 57 | shijiazhuanglüshengdianzishangwuyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A22Q4HTF19C8NH | $600,000 |
| 58 | Suikengshangmaoyouxiangongsi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A3G2GJFHE0ZQFK | $500,000 |
| 59 | suiyan1 | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=AKKPLSMP7T181 | $500,000 |
| 60 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 61 | tmbkbb | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1RZN4SJI6KROH | $500,000 |
| 62 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 63 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 64 | VIHOME | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A3HPY9FBI52D5K | $600,000 |
| 65 | wanghengmaiwazi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A21ER8HK35JN63 | $500,000 |
| 66 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 67 | watermelonshang mao | Trademark only | https://www.amazon.com/sp?ie= UTF8&seller=A2SRBCIOO7D2 VG | $500,000 |
|---|---|---|---|---|
| 68 | Wolyto | Trademark only | https://www.amazon.com/sp?ie= UTF8&seller=A1DFPQHQQV2 48J | $500,000 |
| 69 | WUYANDFGHH | Trademark only | https://www.amazon.com/sp?ie= UTF8&seller=A1BW6D6LJIM7 4D | $500,000 |
| 70 | xiangyubaihuosha ngs | Copyright only | https://www.amazon.com/sp?ie= UTF8&seller=AV2GQQR0RU3 Q6 | $100,000 |
| 71 | xiaohuishangmao G- | Trademark only | https://www.amazon.com/sp?ie= UTF8&seller=A18XAMINJ7QA L0 | $500,000 |
| 72 | XuBinjiayou | Trademark only | https://www.amazon.com/sp?ie= UTF8&seller=ALHZL19EUM5 MT | $500,000 |
| 73 | Yathas Crow | Trademark only | https://www.amazon.com/sp?ie= UTF8&seller=A2A4A1EVO78B F7 | $500,000 |
| 74 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 75 | YUANMENGJIA 123 | Trademark and Copyright | https://www.amazon.com/sp?ie= UTF8&seller=A1E08T7GVDE6 UO | $600,000 |
| 76 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 78 | Zhangyuanxixi | Trademark and Copyright | https://www.amazon.com/sp?ie= UTF8&seller=A1S5C7P921G59 N | $600,000 |

| | | | | |
|---|---|---|---|---|
| 79 | ZJ Sign | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1LO329I6GYYB7 | $500,000 |
| 80 | 太原清芯贸易有限公司 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=ANON5T28DJZPQ | $600,000 |
| 81 | 龚月电子商务有限责任公司 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A6AF6VBF4RUGN | $600,000 |
| 82 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 83 | ChandeliersDecor | Trademark only | https://chandeliersdecor.com | $500,000 |
| 84 | DORISTINO | Trademark only | https://doristino.com/ | $500,000 |
| 85 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 86 | Leecyprint | Trademark and Copyright | https://leecyprint.com/ | $600,000 |
| 87 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 88 | MMPF | Trademark only | https://www.zmkmpf.com/ | $500,000 |
| 89 | omycos | Trademark only | https://omycos.com/ | $500,000 |
| 90 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 91 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 92 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 93 | teenavi | Trademark only | https://teenavi.com/ | $500,000 |
|---|---|---|---|---|
| 94 | agjewelryBTG | Copyright only | https://www.temu.com/agjewelry btg-m-634418215345149.html | $100,000 |
| 95 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 96 | Baomeng Cup Sticker | Trademark only | https://www.temu.com/baomeng -cup-sticker-m-634418212727038.html | $500,000 |
| 97 | BMAIBao | Trademark only | https://www.temu.com/bmaibao-m-634418217512196.html | $500,000 |
| 98 | CHEALERXDD | Trademark only | https://www.temu.com/chealerxd d-m-634418216174201.html | $500,000 |
| 99 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 100 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 101 | Dai Xiaojun Department Retail Supermarket Guohuan | Trademark only | https://www.temu.com/dai---retail-supermarket-guohuan-m-634418217327972.html | $500,000 |
| 102 | Dear ling | Trademark only | https://www.temu.com/-ling-m-634418218335957.html | $500,000 |
| 103 | DEEPIKAHF | Trademark only | https://www.temu.com/deepikahf -m-634418216731611.html | $500,000 |
| 104 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 105 | Designer menswear | Trademark only | https://www.temu.com/designer-menswear-m-634418209657494.html | $500,000 |
| 106 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 107 | Edge Tin Sign Art | Trademark only | https://www.temu.com/--art-m-634418216490749.html | $500,000 |
| 108 | ELIZABETHLYF | Trademark only | https://www.temu.com/elizabethlyf-m-634418216256877.html | $500,000 |
| 109 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 110 | Five Aohui | Copyright only | https://www.temu.com/five-aohui-m-634418211990298.html | $100,000 |
| 111 | Four E Nanao goods | Trademark and Copyright | https://www.temu.com/four-e--goods-m-634418212488819.html | $600,000 |
| 112 | Foya stickers | Trademark only | https://www.temu.com/-stickers-m-634418217029952.html | $500,000 |
| 113 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 114 | Goodongb | Trademark only | https://www.temu.com/goodongb-m-634418217256430.html | $500,000 |
| 115 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 116 | JIANGEGE | Trademark only | https://www.temu.com/jiangege-m-634418217732570.html | $500,000 |
| 117 | kabaxiong | Trademark only | https://www.temu.com/-m-634418216854388.html | $500,000 |
| 118 | Kakeshiyao | Copyright only | https://www.temu.com/kakeshiyao-m-634418211138626.html | $100,000 |
| 119 | LHX HZB | Trademark only | https://www.temu.com/lhx-hzb-m-634418216677956.html | |

| | | | | $500,000 |
|---|---|---|---|---|
| 120 | lingduoduo | Trademark and Copyright | https://www.temu.com/lingduoduo-m-634418214566124.html | $600,000 |
| 121 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 122 | LL Nanao goods | Trademark and Copyright | https://www.temu.com/ll--goods-m-634418211733272.html | $600,000 |
| 123 | LTLA | Copyright only | https://www.temu.com/ltla-m-634418216393615.html | $100,000 |
| 124 | Mengshi Trading Co Ltd | Trademark and Copyright | https://www.temu.com/-trading--m-634418216892604.html | $600,000 |
| 125 | MenTShirt | Trademark only | https://www.temu.com/mentshirt-m-634418213868578.html | $500,000 |
| 126 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 127 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 128 | Qunnnde One | Trademark only | https://www.temu.com/qunnnde-one-m-634418217590951.html | $500,000 |
| 129 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 130 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 131 | SANMEL | Trademark only | https://www.temu.com/-m-634418218247831.html | $500,000 |
| 132 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 133 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 134 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 135 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|-----|-----------|-----------|-----------|-----------|
| 136 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 137 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 138 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 139 | Tin Melody Shop | Trademark only | https://www.temu.com/tin-melody-shop-m-634418217834460.html | $500,000 |
| 140 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 141 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 142 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 143 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 144 | TWLORRTTA | Trademark only | https://www.temu.com/twlorrtta-m-634418217715849.html | $500,000 |
| 145 | Two C Aohui | Trademark and Copyright | https://www.temu.com/two-c-aohui-m-634418212327610.html | $600,000 |
| 146 | WEIGA fashion menswear | Trademark only | https://www.temu.com/weiga-fashion-menswear-m-634418218226949.html | $500,000 |
| 147 | WG Fashion Mens Wardrobe | Trademark only | https://www.temu.com/wg--mens--m-634418218061171.html | $500,000 |
| 148 | WG WEIGA | Trademark only | https://www.temu.com/we-weiga-m-634418217823298.html | $500,000 |
| 149 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 150 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 151 | XXDY | Copyright only | https://www.temu.com/xxdy-m-634418217800411.html | $100,000 |

| | | | | |
|---|---|---|---|---|
| 152 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 153 | Y Home Painting | Trademark only | https://www.temu.com/--m-634418213718106.html | $500,000 |
| 154 | YearMenswear | Trademark only | https://www.temu.com/yearmenswear-m-634418213868696.html | $500,000 |
| 155 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 156 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 157 | ZZZZna | Trademark only | https://www.temu.com/zzzzna-m-634418212136859.html | $500,000 |
| 158 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 159 | Allreen & Sfneewho | Trademark only | https://www.walmart.com/seller/101661570 | $500,000 |
| 160 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 161 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 162 | Bathtub and shower | Trademark only | https://www.walmart.com/seller/102580311 | $500,000 |
| 163 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 164 | Caitianshiyeyouxianltdshop | Trademark only | https://www.walmart.com/seller/102631369 | $500,000 |
| 165 | fadacai | Trademark only | https://www.walmart.com/seller/101661773 | $500,000 |
| 166 | Fashion Fix | Trademark only | https://www.walmart.com/global/seller/101284513 | $500,000 |

| | | | | |
|---|---|---|---|---|
| 167 | FCEGRHHREGEG | Trademark only | https://www.walmart.com/seller/102503466 | $500,000 |
| 168 | funnytoylimited | Trademark only | https://www.walmart.com/seller/102502858 | $500,000 |
| 169 | hanchun | Trademark only | https://www.walmart.com/seller/102500816 | $500,000 |
| 170 | HASUN VN LTD | Trademark only | https://www.walmart.com/seller/102577620 | $500,000 |
| 171 | hefeininnaoshangmao | Trademark only | https://www.walmart.com/seller/101619451 | $500,000 |
| 172 | hejunjie | Copyright only | https://www.walmart.com/seller/102478183 | $100,000 |
| 173 | huayixs | Trademark only | https://www.walmart.com/seller/102596117 | $500,000 |
| 174 | JINANTAI | Trademark only | https://www.walmart.com/seller/102516099 | $500,000 |
| 175 | JiNanZhenXinLinDianZiKeJiYouXianGongSi | Trademark and Copyright | https://www.walmart.com/seller/101664787 | $600,000 |
| 176 | KIM TA LTD | Trademark only | https://www.walmart.com/global/seller/102577619 | $500,000 |
| 177 | kunmingduanwenwangluokeji | Trademark only | https://www.walmart.com/seller/101627109 | $500,000 |

| | | | |
|---|---|---|---|
| 178 | Lucky trade | Trademark only | https://www.walmart.com/seller/102495223 | $500,000 |
| 179 | MIUMIUBAG | Trademark only | https://www.walmart.com/seller/102489150 | $500,000 |
| 180 | Opulent Odyssey | Trademark only | https://www.walmart.com/seller/101291761 | $500,000 |
| 181 | qingfengxulaidianzishangwu | Trademark only | https://www.walmart.com/seller/102512610 | $500,000 |
| 182 | Shangmingxuantushultdshopx | Trademark only | https://www.walmart.com/seller/102631432 | $500,000 |
| 183 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 184 | SHNKGYL | Trademark only | https://www.walmart.com/seller/102484917 | $500,000 |
| 185 | Silk Symphony | Trademark only | https://www.walmart.com/seller/101197759 | $500,000 |
| 186 | TAIANST | Trademark only | https://www.walmart.com/seller/102516145 | $500,000 |
| 187 | tgttgt | Trademark only | https://www.walmart.com/seller/102478090 | $500,000 |
| 188 | wanglianhonghongshui | Trademark only | https://www.walmart.com/seller/101674173 | $500,000 |
| 189 | YINCHANG | Trademark only | https://www.walmart.com/seller/101666889 | |

| | | | | $500,000 |
|---|---|---|---|---|